UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 7, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDEN LAMONT JOHNSON

Defendant.

Case No. 2:23-mj-00053-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDEN LAMONT JOHNSON Case No. 2:23-mj-00053-KJN Charges 18 USC § 922(g)(1) from custody for the following reasons:

|   | Release on Personal Recognizance |
| --- | --- |
|   | Bail Posted in the Sum of $ |
| X | Unsecured Appearance Bond $ 100,000.00 co-signed by Brittney Gaines Perry and Robin Fells |
|   | Appearance Bond with 10% Deposit |
|   | Appearance Bond with Surety |
|   | Corporate Surety Bail Bond |
| X | (Other): **Defendant to be released on April 10, 2023 at 9:00 AM.** |

Issued at Sacramento, California on April 7, 2023, at 2:00 PM

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE